# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN MENDHEIM | No.: 3:12-cr-169<br><br>JUDGE JORDAN |

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report, and states that having reviewed the Presentence Investigation Report prepared by Joe Cuccia, United States Probation Officer, the government has no objection thereto.

Respectfully submitted this 21st day of April, 2014.

> William C. Killian
> United States Attorney
>
> By: *s/ Jennifer Kolman*
> Jennifer Kolman
> Assistant United States Attorney
> 800 Market Street, Suite 211
> Knoxville, Tennessee 37902
> (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, a copy of the foregoing Notice of No Objection to the Presentence Investigation Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery. Parties may access this filing through the Court's electronic filing system.

> *s/ Jennifer Kolman*
> Jennifer Kolman
> Assistant United States Attorney