UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:12-cr-169-1                                         Date: August 11, 2014

United States of America            vs.            Jonathan Mendheim

**PROCEEDINGS:** **Sentencing.** Neither party had any objections to the Presentence Investigative Report.

THE HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Netta Kocuba | Jennifer Kolman |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |
| Paula R. Voss | | Joe Cuccia |
| **Attorney for Defendant** | | **Probation Officer** |

- ■ Defendant allocutes
- ■ Government's Motion for Acceptance of Responsibility ■ granted ☐ denied
- ☐ Government's Motion for Downward Departure ☐ granted ☐ denied
- ☐ Defendant's Motion for Variance ☐ granted ☐ denied
- ■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. This sentence consists of terms of 60 months as to each of Counts 1 and 2 of the Indictment; to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 20 years. This term consists of terms of 20 years as to each of Counts 1 and 2 of the Indictment; to run concurrently. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. No fine imposed. The defendant shall comply with the special conditions (11) set forth in the J&C.

- ■ **COURT RECOMMENDATIONS:**

The defendant participate in educational classes and training to learn a trade or marketable skills while incarcerated. Lastly, the court recommends the defendant be designated to FCI Butner, NC; FPC Marianna, FL; or FPC Lexington, KY.

- ■ Special assessment: $200.00
- ■ Restitution: $3,500.00 (as listed in the J&C)
- ☐ Defendant remains released pending designation
- ■ Defendant remanded to custody

1:30 – 2:00